# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17mj127-MJN |
| v. | : | |
| JAMES GREEN, III | : | ORDER UNSEALING CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in the above captioned case filed herein and ordered sealed by the order of this court on April 4, 2017, be unsealed by the Clerk of Courts.

MICHAEL J. NEWMAN
U.S. Magistrate Judge

4/26/17